# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

**ARTHUR LOPEZ,**

    Plaintiff,

  v.

TUSTIN POLICE DEPARTMENT et al.,

    Defendants.

No. SA CV 17-00496-VBF-MRW

**FINAL JUDGMENT**

Pursuant to this Court's contemporaneously issued Order Overruling Plaintiff's Objections, Adopting Magistrate Judge Wilner's Report and Recommendation, Dismissing the Action <u>With</u> Prejudice as Untimely, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of all the defendants and against plaintiff Arthur Lopez.**

Dated: September 6, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE